ROGER J. BROTHERS (State Bar No. 118622) (rbrothers@sbllp.com)
CONNOR M. DAY (State Bar No. 233245) (cday@sbllp.com)
**BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701

Attorneys for Plaintiff
CB2 Builders Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CB2 BUILDERS INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>ABF FREIGHT SYSTEM, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 11-4096 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

This Stipulation and Order For Dismissal is entered into between Plaintiff, CB2 Builders Incorporated ("Plaintiff"), and Defendant, ABF Freight System, Inc. ("Defendant"), by and through their respective counsel, as follows:

**RECITALS**

1. On July 13, 2011, Plaintiff filed its complaint against Defendant in the Superior Court of the State of California, County of San Francisco.

2. On August 24, 2011, Defendant removed this action to this Court based on federal question jurisdiction pursuant to Defendant's Notice of Removal.

3. On December 30, 2011, Plaintiff filed a First Amended Complaint for violation of the Carmack Amendment, 49 U.S.C. § 14706, *et seq.*

4. On or about July 23, 2012, Plaintiff and Defendant entered into a Full Mutual Release of Claims whereby Plaintiff and Defendant agreed to resolve their respective claims in this action upon certain terms and conditions, including but not limited to, payment from Defendant to Plaintiff in return for a dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

## **STIPULATION**

Based on the foregoing recitals, Plaintiff, CB2 Builders Incorporated, and Defendant, ABF Freight System, Inc., by and through their respective counsel, hereby stipulate to dismiss the above-entitled action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

**BUCHMAN PROVINE BROTHERS SMITH LLP**

Date: August 17, 2012      By: ___/S/*Connor M. Day*___
                                                Connor M. Day
                                                Attorneys for Plaintiff CB2 Builders
                                                Incorporated

Date: August 17, 2012      By: ___/S/*James Attridge*___
                                                JAMES ATTRIDGE
                                                Attorneys for Defendant ABF Freight
                                                System, Inc.

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: ___August 20___, 2012    By: ___*Elizabeth D. Laporte*___
                                    Judge Elizabeth D. Laporte