1  ROGER J. BROTHERS (State Bar No. 118622) (rbrothers@sbllp.com)
   CONNOR M. DAY (State Bar No. 233245) (cday@sbllp.com)
2  **BUCHMAN PROVINE BROTHERS SMITH LLP**
   1333 N. California Blvd., Suite 350
3  Walnut Creek, CA  94596
   Telephone:    (925) 944-9700
4  Facsimile:    (925) 944-9701

5  Attorneys for Plaintiff
   CB2 Builders Incorporated

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CB2 BUILDERS INCORPORATED,          | Case No. CV 11-4096 EDL

12              Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

13          vs.

14  ABF FREIGHT SYSTEM, INC. and
    DOES 1 through 25, inclusive,

15

16              Defendants.

17

18       This Stipulation and Order For Dismissal is entered into between Plaintiff, CB2 Builders

19  Incorporated ("Plaintiff"), and Defendant, ABF Freight System, Inc. ("Defendant"), by and

20  through their respective counsel, as follows:

21                              **RECITALS**

22       1.      On July 13, 2011, Plaintiff filed its complaint against Defendant in the Superior

23  Court of the State of California, County of San Francisco.

24       2.      On August 24, 2011, Defendant removed this action to this Court based on federal

25  question jurisdiction pursuant to Defendant's Notice of Removal.

26       3.      On December 30, 2011, Plaintiff filed a First Amended Complaint for violation of

27  the Carmack Amendment, 49 U.S.C. § 14706, *et seq.*

28

60137.002/273627.1

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL   (Case No. CV 11-4096 EDL)

4. On or about July 23, 2012, Plaintiff and Defendant entered into a Full Mutual Release of Claims whereby Plaintiff and Defendant agreed to resolve their respective claims in this action upon certain terms and conditions, including but not limited to, payment from Defendant to Plaintiff in return for a dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

## STIPULATION

Based on the foregoing recitals, Plaintiff, CB2 Builders Incorporated, and Defendant, ABF Freight System, Inc., by and through their respective counsel, hereby stipulate to dismiss the above-entitled action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

**BUCHMAN PROVINE BROTHERS SMITH LLP**

Date: August 17, 2012                By: ___/S/*Connor M. Day*_____
                                          Connor M. Day
                                          Attorneys for Plaintiff CB2 Builders
                                          Incorporated

Date: August 17, 2012                By: ___/S/*James Attridge*_____
                                          JAMES ATTRIDGE
                                          Attorneys for Defendant ABF Freight
                                          System, Inc.

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

60137.002/273627.1

-2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL  (Case No. CV 11-4096 EDL)

1

## **ORDER**

2       Pursuant to the above Stipulation, IT IS HEREBY ORDERED that the above-entitled

3 action is dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

4

5 Dated: ___August 20___, 2012

6                        By: *Elizabeth D. Laporte*

                           Judge Elizabeth D. Laporte

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

60137.002/273627.1                       -3-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL  (Case No. CV 11-4096 EDL)